**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA E. B., | CASE NO. SACV 20-01047-AS |
|        Plaintiff, | |
|   v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
|        Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.


DATED:  July 8, 2021


                                /s/
                             ALKA SAGAR
          UNITED STATES MAGISTRATE JUDGE