Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Victoria E. Banda

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA E. BANDA, | ) No. SACV 20-01047 AS |
| | ) |
| Plaintiff, | ) [**PROPOSED**] **ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

     IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND NINE HUNDRED THIRTY-SIX DOLLARS and TWELVE CENTS ($4,936.12), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 8, 2021            / s / Sagar
                                      THE HONORABLE ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE